**Rosa Elena CONTRERAS–DE ELENA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–71321.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 23, 2010.*

Filed Sept. 7, 2010.

Rico M. Sogocio, Esquire, Burgos & Sosa, PA, Coral Gables, FL, for Petitioner.

Christopher C. Fuller, Esquire, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, District Counsel, Esquire, Office of The District Counsel, Department of Homeland Security, Los

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Angeles, CA, Ronald E. LeFevre Office of The District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Rosa Elena Contreras–De Elena, a native and citizen of Colombia, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision denying her motion to reopen exclusion proceedings conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review and remand.

The BIA dismissed Contreras–De Elena's appeal as moot because she departed during the pendency of her appeal. In an intervening opinion, *Coyt v. Holder*, 593 F.3d 902, 907 (9th Cir.2010), this court held that a petitioner's physical removal by the government while his motion to reopen was pending did not constitute withdrawal of the motion. We remand for the BIA to reconsider whether Contreras–De Elena's appeal is withdrawn in light of our holding in *Coyt*.

In light of our disposition, we need not reach Contreras–De Elena's remaining contentions.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

PETITION FOR REVIEW GRANTED; REMANDED.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.